

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00436-CV

John William Johnson
v.
Town of Fulton

On Appeal from the
County Court at Law of Aransas County, Texas
Trial Court Cause No. CV-4252C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, in accordance with its opinion. Costs of the appeal are adjudged against the appellant.

We further order this decision certified below for observance.

May 16, 2024